169 A.3d 492

IN THE MATTER OF ALEX PAVLÍV, AN ATTORNEY AT LAW (ATTORNEY NO. 007111983)

September 28, 2017

## ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in DRB 17–232 of **ALEX PAVLIV** of **HOWELL,** who was admitted to the bar of this State in 1983;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated, *RPC* 1.5(c)(improper calculation of contingent fee and failing to provide the client with an accurate settlement statement on conclusion of a contingent fee matter), *RPC* 1.15(d) and *Rule* 1:21–6(d)(recordkeeping violations);

And the parties having agreed that respondent's conduct violated *RPC* 1.5(c), *RPC* 1.15(d) and *Rule* 1:21–6(d), and that said conduct warrants a reprimand or such lesser discipline as the Board may deem appropriate;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical

conduct and having granted the motion for discipline by consent in District Docket No. XIV–2016–0303E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **ALEX PAVLIV** of **HOWELL** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.